IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01263-MSK-MEH

ERIC LINTZ,

    Plaintiff,

v.

CHASE BANK USA, N.A.,

    Defendant.

_____

## ORDER
_____

THIS MATTER comes before the Court on the Joint Motion to Stay Chase's Counterclaim (Motion) **(#25)** and the Stipulation of Dismissal With Prejudice of Plaintiffs' Claims (Stipulation). Having reviewed the Motion and the Stipulation,

**IT IS ORDERED** that in view of the Stipulation filed, any and all of Plaintiff's claims against Defendant are dismissed. Accordingly, it is

**FURTHER ORDERED** that the Motion is **DENIED AS MOOT**. The automatic stay imposed by the Plaintiff's bankruptcy filing stays prosecution of the counterclaim. The Clerk is directed to close this case. Said closure is subject to reopening , if the bankruptcy stay is lifted.

DATED this 7th day of July, 2008.

                            **BY THE COURT:**

                            Marcia S. Krieger
                            United States District Judge